**Appeal dismissed and Opinion Filed January 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01168-CR
No. 05-11-01169-CR

### PHILLIPS, RONNIE DALE, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-63915-T**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Evans

Appellant has filed motions to withdraw the appeals. Appellant's counsel has approved the motions. This Court hereby **GRANTS** the motions to withdraw and **ORDERS** the appeals **DISMISSED** and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

DAVID W. EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
111168F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

RONNIE DALE PHILLIPS, Appellant

No. 05-11-01168-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Trial Court No. F10-63915-T).
Opinion delivered by Justice Evans, Justices FitzGerald and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 14, 2013.

DAVID W. EVANS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

RONNIE DALE PHILLIPS, Appellant

No. 05-11-01169-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Trial Court No. F11-57321-T).
Opinion delivered by Justice Evans, Justices FitzGerald and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 14, 2013.

DAVID W. EVANS
JUSTICE